Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

**IN RE:**

Christopher James Ivester

**Debtor**

CASE: 25-20424

CHAPTER 13

Hon. KEVIN R. ANDERSON

Confirmation Hearing: 4/15/25   2:00 pm

## TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

   1. The Debtor filed a Chapter 13 petition for relief on January 28, 2025 and the First Meeting of Creditors under section 341 was held on March 07, 2025.

   2. The Trustee was unable to conduct the 341 Meeting due to missing profit and loss statements and business questionnaire.  The 341 Meeting will need to be rescheduled.

   WHEREFORE, the Trustee objects to confirmation of the Debtor's plan.  If the Debtor is unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: March 12, 2025                    Tami Gadd
                                         Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on March 12, 2025:

Christopher James Ivester, HC 65 Box 215, Duchesne, UT  84021

JUSTIN O. BURTON, ECF Notification

/s/ Chelsea Anderson