**This order is SIGNED.**

**Dated: April 23, 2025**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

jn

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE District of Utah

| | |
|---|---|
| IN RE: | CASE: 25-20424 |
| Christopher James Ivester | CHAPTER 13 |
| | HON. KEVIN R. ANDERSON |
| **Debtor** | Confirmation Hearing: April 15, 2025 |

### ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING

A hearing on confirmation of the Chapter 13 plan came before this Court on April 15, 2025 2:00 pm. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The § 341 Meeting of Creditors shall be rescheduled to the next available date by the clerk of the court.

The Confirmation Hearing shall be rescheduled to the next available date by the clerk of the court.

The deadline to file complaints concerning discharge is extended 60 days from the § 341 Meeting of Creditors.

The deadline to file objections to exemptions is extended 30 days from the § 341 Meeting of Creditors.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan will be denied and the case will be dismissed without further notice or hearing upon declaration by the Trustee:

Debtor to provide profit and loss statements, business questionnaire, 2024 Property Tax Assessment, 2024 tax returns (both business and personal), and petition bank statements on or before 2 weeks prior to rescheduled 341 meeting or the case will be dismissed without further notice or hearing upon declaration by the Trustee.

If the case is dismissed pursuant to the Debtor(s)' non-compliance with any deadline(s) set in this order, Counsel shall be awarded total fees up to $2,800.00 to be paid from funds held by the Trustee in this case less any retainer disclosed on the Form 2030. If the case is <u>not</u> dismissed pursuant to the deadlines set in this order, no fees shall be deemed awarded and the Court will rule on fees in connection with a subsequent hearing or ruling in this case.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 15, 2025.

JUSTIN O. BURTON, ECF Notification
AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION

/s/ Shanna Vagana

**DESIGNATION OF PARTIES TO BE SERVED**

Christopher James Ivester, HC 65 Box 215, Duchesne, UT  84021

JUSTIN O. BURTON,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION